Rosa E. Baldwin, as Administratrix of Israel W. Baldwin, Respondent, v. The Fraternal Accident Association of America, Appellant.

*Baldwin* v. *Fraternal Accident Assn.*, 29 App. Div. 627, affirmed.
(Submitted May 12. 1899; decided June 13, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 16, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on a trial without a jury.

*Frederick Collin* for appellant.

*John F. Parkhurst* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except Bartlett, J., not voting.

---

Henry H. Lyman, as State Excise Commissioner of the State of New York, Appellant, v. John C. McGreivey, Respondent.

*Lyman* v. *McGrievey*, 25 App. Div. 68, affirmed.
(Submitted May 11, 1899; decided June 13, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1898, upon an order affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*M. Nussbaum* for appellant.

*Thomas O'Connor* for respondent.

Judgment and order affirmed, with costs, on the first ground stated in opinion below.
All concur.